# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| v. | : | **DATE FILED:** _____ |
| **LARRY JEROME WEEMS** | : | **VIOLATIONS:** |
| | : | **21 U.S.C. § 841(a)(1), (b)(1)(C)** |
| | : | **(distribution of cocaine base ("crack") –** |
| | : | **1 count)** |
| | : | **21 U.S.C. § 841(a)(1), (b)(1)(B)** |
| | : | **(distribution of 28 grams or more of** |
| | : | **cocaine base ("crack") - 2 counts)** |
| | : | **Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 12, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## LARRY JEROME WEEMS

knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 19, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**LARRY JEROME WEEMS**

knowingly and intentionally distributed 28 grams or more, that is, approximately 56.2 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 19, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**LARRY JEROME WEEMS**

knowingly and intentionally distributed 28 grams or more, that is, approximately 76.6 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## NOTICE OF FORFEITURE

**THE GRANS JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 21, United States Code, Sections 841(a)(1),(b)(1)(B) and 841(a)(1), (b)(1)(C), set forth in this indictment, defendant

**LARRY JEROME WEEMS,**

shall forfeit to the United States of America:

    (a)    any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense; and

    (b)    any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

    (c)    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
WILLIAM M. McSWAIN
UNITED STATES ATTORNEY

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

_Criminal Division_

### THE UNITED STATES OF AMERICA

vs.

### LARRY JEROME WEEMS

## INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(C)distribution of cocaine base ("crack") – 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(B)(distribution of 28 grams or more of cocaine base ("crack") - 2 counts)
Notice of forfeiture

A true bill.



Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____